UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| MARK ANTHONY JACKSON, II, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 20-025-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JOHN PROCTOR, Jailer, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of a motion filed by Plaintiff Mark Anthony Jackson, II seeking injunctive relief to allow access to a law library and legal materials. [Record No. 17]  Supervision of pre-trial proceedings has been referred to United States Magistrate Judge Matthew A. Stinnett [Record No. 15].  In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Stinnett issued a Report and Recommendation concerning Jackson's motion for injunctive relief on July 27, 2020.  [Record No. 29]

After outlining the procedural history of this case and the elements to be addressed in connection with the plaintiff's motion for a preliminary injunction, the magistrate judge notes that the harm that Jackson seeks to redress in his motion is not the same harm that he seeks to remedy in his underlying Complaint.  [*Id*. at 3] And he further notes that Jackson has failed to establish a relationship between the relief currently sought and the improper conduct asserted in his Complaint.  [*Id*.]  As a result, he recommends that the present motion be denied.  Jackson has not filed objections to the R&R.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  However, the Court has conducted a *de novo* review of the matter and agrees that injunctive relief is not warranted.  Accordingly, it is hereby

ORDERED as follows:

1. The Report and Recommendation filed by United States Magistrate Judge Matthew A. Stinnett on July 27, 2020 [Record No. 29] is **ADOPTED** and **INCORPORATED** by reference.

2. The "Motion for Injunctive Relief to Provide Access to Law Library and Law Book" [Record No. 17] is **DENIED**.

Dated: August 18, 2020.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky